IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LORENZO HAWES,

   Plaintiff,

     v.

UNNAMED DEFENDANT,

   Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-2903-TWT

### ORDER

This is a pro se prisoner civil action alleging that the Plaintiff is being brainwashed by another inmate. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 25 day of September, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge